**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| THERESE M. NOREN, individually and as a representative of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>Defendant. | ) | NO. 00/CV 322 RHK-JMM |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and by and through their respective attorneys that defendant Horace Mann Insurance Company shall have a 30-day extension, until March ~~17~~ 2 SLV/JCC, 2000, in which to answer or otherwise plead in the above-referenced matter.

Dated: February 14, 2000

SONNENSCHEIN NATH & ROSENTHAL

John C. Childs

John C. Childs (#0134144)
710 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1497
Telephone: (612) 664-0222
Attorneys for Defendant

Dated: February 16, 2000

SCHWEBEL, GOETZ & SIEBEN, P.A.

Sharon L. VanDyck

~~James R. Schwebel (#98267)~~ Sharon L. Van Dyck (183799)
5120 IDS Center
Minneapolis, Minnesota 55402-2246
Telephone: (612) 333-8361
Attorneys for Plaintiff

FILED FEB 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the above Stipulation and upon the files and records herein, the above 30-day extension to answer or otherwise plead is hereby granted to March 21, 2000

Dated: February 18, 2000

BY THE COURT:

John M. Mason
United States Magistrate Judge