**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Therese M. Noren, individually and as a representative of all persons similarly situated, Plaintiff, v. Horace Mann Insurance Company, Defendant. | Civil No. 00-322 (RHK/JMM) **ORDER** Magistrate Judge John M. Mason The Honorable Richard H. Kyle |

The above captioned matter came on for hearing before this Court on May 3, 2000 on Plaintiff's motion for remand to state court. Sharon L. Van Dyck appeared on behalf of Plaintiff Therese M. Noren; John C. Childs appeared on behalf of Defendant Horace Mann Insurance Company.

Based upon all the files, records and proceedings herein, and upon the memoranda and arguments of counsel,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff's motion to remand is GRANTED;
2. This case is remanded to Dakota County District Court, State of Minnesota, Court file number 19-CX-00-6269.

BY THE COURT:

Dated: May 3, 2000.

John M. Mason
Magistrate Judge

FILED MAY 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK